## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

**MAXX LYMAN,** individually and on behalf of all others similarly situated,

    *Plaintiff,*

*v.*

**ALL TORT SOLUTIONS, LLC**

    *Defendant.*

**CASE NO. 1:23-cv-24608-RKA**

**CLASS ACTION**

## PLAINTIFF'S RESPONSE TO ORDER

The parties have communicated regarding the Court's Order. All Tort Solutions has requested that the deadline for Plaintiff to seek a default be extended for 2 weeks to allow the parties to discuss a potential resolution, and if they are unable to resolve, for All Tort Solutions to engage counsel.

Dated: January 12, 2024   Respectfully submitted,

       */s/ Avi R. Kaufman*
       Avi R. Kaufman (FL Bar no. 84382)
       kaufman@kaufmanpa.com
       Rachel E. Kaufman (FL Bar no. 87406)
       rachel@kaufmanpa.com
       KAUFMAN P.A.
       237 South Dixie Highway, 4th Floor
       Coral Gables, FL 33133
       Telephone: (305) 469-5881