UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cv-24608-ALTMAN/Becerra

**MAXX LYMAN**, *individually and
on behalf of all others similarly situated*,

    *Plaintiffs*,

v.

**ALL TORT SOLUTIONS, LLC**,

    *Defendants*.
_____/

**ORDER**

The parties have informed the Court that they are engaged in discussions to settle this case. *See* Pls.' Resp. to Order [ECF No. 6]. Accordingly, we hereby **ORDER and ADJUDGE** as follows:

1. This case is **CLOSED** without prejudice to the parties to file a stipulation of dismissal by **January 26, 2024**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in the Southern District of Florida on January 13, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record