### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-cv-24608-ALTMAN/Becerra

**MAXX LYMAN**, *individually and
on behalf of all others similarly situated*,

     *Plaintiffs,*

v.

**ALL TORT SOLUTIONS, LLC,**

     *Defendants.*

_____/

### ORDER OF DISMISSAL

The Plaintiff filed a Notice of Voluntary Dismissal [ECF No. 8] pursuant to FED. R. CIV. P

41(a)(1)(A)(i). Being fully advised, the Court hereby **ORDERS** that this action is **DISMISSED**

*without prejudice*. Each party shall bear its own attorneys' fees and costs. This case shall remain

**CLOSED**. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as

moot.

     **DONE AND ORDERED** in the Southern District of Florida on January 26, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record